**Order filed May 9, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00239-CR

_____

## MARGARET COLLEEN FOSTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**

**Midland County, Texas**

**Trial Court Cause No. CR37076**

## O R D E R

This appeal has been unduly stalled due to the failure of Appellant's appointed counsel, Sharon L. Weathers, to file an appellate brief. The brief was originally due on November 28, 2012. On November 30, counsel filed her first motion for extension, which this court granted. On January 18, 2013, counsel filed an amended second motion for extension, which was also granted and which

extended the deadline to January 28, 2013. We have had no further communication from counsel. More than three months have passed since the extended deadline, and counsel has yet to file a brief.

By this order, Sharon L. Weathers is ORDERED to file in this court a brief on behalf of Appellant on or before **May 24, 2013**.

PER CURIAM

May 9, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.